**People of State of Illinois, Appellee, v. Estella M. Schmidt et al., Appellants.**

**Gen. No. 10,654.**

Edward Baker, and Taylor E. Wilhelm, for appellants; Ivan A. Elliott, Attorney General of State of Illinois, for appellee; Charles A. Helffrich, State's Attorney of La Salle County, John S. Massieon, Assistant State's Attorney, and Harry L. Pate, Assistant Attorney General, of counsel. Opinion by PRESIDING JUSTICE DOVE. Not to be published in full. Opinion filed April 20, 1953; released for publication May 12, 1953.